UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
MARK JONES,                         )
        Plaintiff                   )
                                    )
                  v.                ) C.A. No. 10-cv-30216-MAP
                                    )
NATIONWIDE LIFE INSURANCE           )
COMPANY, ET AL.,                    )
        Defendants                  )
```

ORDER RE: FINAL PRETRIAL CONFERENCE AND TRIAL

January 3, 2012

PONSOR, U.S.D.J.

On December 14, 2011, the court heard argument on Defendants' Motion for Summary Judgment (Dkt. No. 31). At the conclusion of the argument, the court took the motion under advisement. The case is currently scheduled for a final pretrial conference to take place on January 5, 2012 and for a trial scheduled for January 23, 2012.

The purpose of this memo is to inform counsel that the court will be allowing Defendants Motion for Summary Judgment, substantially for the reasons set forth in Defendants' submissions. A detailed memorandum setting forth the court's rationale will issue shortly. Judgment will not enter for Defendants until the court issues its memorandum. Any time period for filing an appeal will not commence until that time.

Based on this, the court hereby vacates the January 5,

2012 final pretrial conference date and the January 23, 2012 trial date. Obviously, counsel need not appear on either day. The court regrets that the short timetable between argument and final pretrial conference meant that the parties were put to the trouble of preparing a final pretrial memorandum.

    It is So Ordered.

                              /s/ Michael A. Ponsor
                              MICHAEL A. PONSOR
                              U. S. District Judge